# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ZAREADAE V. ROBERTSON, as the next Best friend of CATHERINE ROBERTSON, a minor, and DEMARCUS JACKSON, a minor, | )<br>)<br>)<br>) CIVIL ACTION NO.: |
| Plaintiff, | )<br>) _____ |
| NEALE P. FREEMAN, M.D., CHRISTOPHER D. MARINE, M.D.; CHARLES MATUZA, PA; SOUTHSIDE MEDICAL CENTER, INC.; TENET HEALTHSYSTEM, GB, INC. d/b/a ATLANTA MEDICAL CENTER; and PEDIATRIX MEDICAL GROUP OF GEORGIA, P.C.; JOHN DOES NOs. 1-5; And XYZ CORPORATIONS NOs. 1-5; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## CERTIFICATION

Pursuant to 28 U.S.C. § 2679, by virtue of the authority vested in me by the Assistant Attorney General under 28 C.F.R. § 15.3, I hereby certify that:

(1) I have reviewed the Complaint in this action;

(2) On the basis of the information and documents now available, with respect to the matters referred to in the Complaint:

(a) Defendant Neale P. Freeman, M.D. ("Dr. Freeman") was an employee of Southside Medical Center, Inc. ("SMC") at all times relevant to this action;

(b) Defendant Christopher D. Marine, M.D. ("Dr. Marine") was an employee of SMC at all times relevant to this action;

(c) SMC is an entity that at all times relevant to this action was deemed by the Department of Health and Human Services to be an employee of the Public Health Service, and therefore an employee of the Federal Government for the purpose of the Federally Supported Health Centers Assistance Act (the "Act"), 42 U.S.C. § 233 (g)-(n). (Exhibit 1, Notice of Deeming Action).

(d) Pursuant to the Act, as an employee of SMC at all times relevant to this action, Dr. Freeman was also deemed by the Department of Health and Human Services to be an employee of the Public Health Service, and therefore an employee of the Federal Government for the purposes of the Act, while acting within the scope of his employment with SMC;

(e) Pursuant to the Act, as an employee of SMC at all times relevant to this action, Dr. Marine was also deemed by the Department of Health and Human Services to be an employee of the Public Health Service, and therefore an employee of the Federal Government for the purposes of the Act, while acting within the scope of his employment with SMC;

(f) Dr. Freeman was acting within the scope of his federal employment with SMC at all times relevant to the allegations giving rise to Plaintiff's Complaint;

(g) Dr. Marine was acting within the scope of his federal employment with SMC at all times relevant to the allegations giving rise to Plaintiff's Complaint.

This 2 day of ~~November~~ december, 2013.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY
United States Attorney's Office
Richard B. Russell Building
75 Spring Street, S.W., Suite 600
Atlanta, GA 30303

# EXHIBIT 1

| | |
|---|---|
| 1. ISSUE DATE: 11/4/2010 | DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH RESOURCES AND SERVICES ADMINISTRATION<br><br>**HRSA**<br><br>NOTICE OF DEEMING ACTION<br><br>FEDERAL TORT CLAIMS ACT AUTHORIZATION:<br>Federally Supported Health Centers Assistance Act (FSHCAA), as amended,<br>Sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. § 233(g)-(n) |
| 2. FTCA DEEMING NOTICE NO.:<br>1-F00000218-10-1 | |
| 3. COVERAGE PERIOD:<br>FROM: 1/1/2011 THROUGH: 12/31/2011 | |
| 4. NOTICE TYPE: Renewal | |
| 5a. ENTITY NAME AND ADDRESS:<br>Southside Medical Center, Inc.<br>1046 RIDGE AVE SW<br>ATLANTA, GA 30315-1640 | |
| 5b. DBA NAME: | |
| 6. ENTITY TYPE: Grantee | |
| 7. EXECUTIVE DIRECTOR:<br>David M Williams | |
| 8a. GRANTEE ORGANIZATION:<br>Southside Medical Center, Inc. | |
| 8b. GRANT NUMBER: H80CS00576 | |

9. THIS ACTION IS BASED ON THE INFORMATION SUBMITTED TO, AND AS APPROVED BY HRSA, AS REQUIRED UNDER 42 U.S.C. § 233(h) FOR THE ABOVE TITLED ENTITY AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

a. The authorizing program legislation cited above.
b. The program regulation cited above, and,
c. HRSA's FTCA-related policies and procedures.

In the event there are conflicting or otherwise inconsistent policies applicable to the program, the above order of precedence shall prevail.

Electronically signed by Cheryl Dammons, Deputy Associate Administrator for Primary Health Care on: 11/4/2010 11:33:16 AM